## Sable *vs*. Hitchcock.

THE defendant here demurred to the plaintiff's declaration, and both parties having made up the paper books, the queſtion now aroſe whoſe right or duty it was.

*Per Curiam.* It belongs to the plaintiff to make up the books and bring on the argument in ſuch caſes. So is the Engliſh practice, and ſo have been the lateſt deciſions of this Court.

## Gourley *vs*. Shoemakers.

ON motion to change the venue on the uſual affidavit,

The Court ſaid it was not to be conſidered as ſufficient cauſe for granting ſuch motion, merely that material witneſſes reſide in the County to which the party wiſhes to remove the cauſe; but it muſt be added that evidence will there be given of ſome material fact which actually happened there.

## Crygiers *vs*. Long.

IN this caſe a verdict was entered for the plaintiff ſubject to the opinion of the Court on the following facts,